844

No. 86–7130.  PAUL v. IOWA.  Dist. Ct. Iowa, Marshall County.  Certiorari denied.

No. 86–7133.  WRIGHT v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 86–7134.  RAMIREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–7135.  MILLER v. HENMAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 86–7136.  THOMPSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–7137.  MCELROY-EL v. DAVIS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 86–7138.  SPIGELSKI v. PITTSBURGH HUMAN RELATIONS COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 86–7139.  STRINGER v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 86–7140.  LONG v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 86–7144.  CASTRO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–7145.  GRIFFIN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 86–7146.  CONLEY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–7148.  SALMASIAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–7150.  LAWSON v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 86–7152.  KILLINGSWORTH v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.